# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 3:17-mj-0012CMK

Breanne M. Wicaek

**ORDER TO PAY**

SOCIAL SECUR[REDACTED]
DATE OF BIRTH[REDACTED]
DRIVER'S LICE[REDACTED]
ADDRESS: [REDACTED]

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 8-8-17        _Breanne Wicek_
                    DEFENDANT'S SIGNATURE

Defendant is placed on 3 years summary court probation:

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 1,470.00 and a penalty assessment of $ 30.00 for a TOTAL AMOUNT OF: $ 1,500.00 within _____ days/months; or payments of $ 100.00 per month, commencing 10-1-17 and due on the first of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

Defendant is excluded from entering Whiskeytown National Recreation Area for a period of 3 years.

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] **CENTRAL VIOLATIONS BUREAU**
    PO BOX 71363
    PHILADELPHIA, PA 19176-1363
    1-800-827-2982
    or
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] **CLERK, USDC**
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[X] **CLERK, USDC**
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8-8-17        _Cm Kellison_
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                    EDCA-3